**Floyd WEBB, Appellant,**

v.

**John C. KILGORE, Sheriff, Lafayette County, Arkansas; Bill Butler, Lafayette County Jail; Vernon Watson, Jailer, Lafayette County Jail; Arnold Simmons, Jailer, Lafayette County Jail; Duncan & Rainwater, P.A., Attorneys; Bobby E. Shepherd, U.S. Magistrate Judge; Jason Hamilton, Jailer, Lafayette County Jail, Appellees.**

No. 03–1095.

United States Court of Appeals, Eighth Circuit.

Submitted March 20, 2003.

Decided March 24, 2003.

Before BOWMAN, WOLLMAN, and LOKEN, Circuit Judges.

PER CURIAM.

Arkansas inmate Floyd Webb appeals the District Court's[1] 28 U.S.C. § 1915(e)(2)(B) (2000) dismissal of his 42 U.S.C. § 1983 lawsuit. Having carefully reviewed the record, see *Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), we summarily affirm for the reasons stated by the District Court, *see* 8th Cir. R. 47A(a).

---

[1] The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.